IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NANCY ELLEN BRIAN, as
Co-Personal Representative for the
Estate of Mark Aaron Brian, Deceased                           PLAINTIFF

V.                           3:16CV00045

BNSF RAILWAY COMPANY                                           DEFENDANT

## ORDER

Defendant BNSF Railway Company moves the Court to dismiss the case brought by Nancy Ellen Brian, one of two personal representatives for the Estate of Mark Aaron Brian. BNSF claims that because Plaintiff has failed to join her co-personal representative for the Estate, Plaintiff lacks standing to bring the suit. The Court agrees.

In the alternative to dismissing the case, Plaintiff has requested leave to amend the Complaint to add her co-personal representative as a plaintiff. "A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b), (e), or (f). . . ." Fed.R. Civ. P. 15(a)(1)(B). BSNF filed the motion to dismiss pursuant to Rule 12(b) on May 16, 2016. Plaintiff filed the response and request to amend on May 31, 2016, less than 21 days later. Pursuant to Rule 15(a)(1)(B), Plaintiff may amend the Complaint within 14 days of the date of the order. BSNF may re-file the motion to dismiss if Plaintiff fails to add the co-personal representative as a plaintiff.

The Defendant's Motion to Dismiss (ECF No. 6) is DENIED without prejudice.

IT IS SO ORDERED this 14th day of June, 2016.

James M. Moody Jr.
United States District Judge