# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NANCY ELLEN BRIAN, JANINE M. BRIAN
as Co-Personal Representative for the
Estate of MARK AARON BRIAN, Deceased                    PLAINTIFFS

V.                              3:16CV00045 JM

BSNF RAILWAY COMPANY                                    DEFENDANT

### ORDER

Pending is the Defendant's Motion to Quash and for Protective Order. Plaintiffs have responded. Defendant's Motion is granted with the following exceptions:

1. Defendant is directed to produce all of the information requested in Paragraph 10 of the Notice. However, Defendant need only produce the data for the six (6) months preceding the wreck of February 12, 2015 for the truck driven by BNSF's employee, Wesley Bishop.

2. Defendant is directed to produce the information requested in Paragraph 16 of the Notice.

3. Defendant is directed to produce the information requested in Paragraph 17 of the Notice.

The Motion to Quash and for Protective Order (ECF No. 27) is, therefore, GRANTED in part and DENIED in part.

IT IS SO ORDERED this 10th day of March, 2017.

_____
James M. Moody Jr.
United States District Judge